UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

LYNNE M. BALTHAZOR,

    Plaintiff,

v.

SECURITY CREDIT SERVICES, LLC

    Defendant.
_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, LYNNE M. BALTHAZOR, is a natural person, and citizen of the State of Florida, residing in Palm Beach County, Florida.

4.    Defendant, SECURITY CREDIT SERVICES, LLC, is a limited liability company. All of its members are citizens of the State of Mississippi with

its principal place of business at Suite 108, 2653 West Oxford Loop, Oxford, Mississippi, 38655.

5. Defendant regularly uses the mail and telephone and other legal means in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes, originally due Wells Fargo Financial.

10. Plaintiff had a personal credit card with Wells Fargo Financial. She was unable to make the payments and the debt went into default. Wells Fargo Financial sold or otherwise transferred the debt and Defendant purchased or otherwise obtained the alleged debt.

11. On December 15, 2010, Plaintiff filed a Complaint in the Southern District of Florida against Defendant, alleging violations of the Fair Debt Collection Practices Act ("FDCPA") and the Telephone Consumer Protections Act

("TCPA") (*Balthazor v Central Credit Services, Inc. et al.*, Case No.: 10-62435-Civ-Cohn/Seltzer).

12. On February 7, 2011, Defendant filed its Answer and Affirmative Defenses and Counterclaim. Defendant's counterclaim alleges that, as Defendant purchased the alleged debt from Wells Fargo Financial, Defendant has all the rights that Well Fargo Financial had to enforce the contract that created the debt.

13. Defendant's counterclaim alleges that Plaintiff breached the contract creating the debt, and that judgment should be granted against Plaintiff for compensatory damages.

14. Section 559.553 of the Florida Consumer Collection Practices Act ("FCCPA") requires all debt collectors to first register with the Florida Office of Financial Regulation before attempting to collect a debt.

15. Defendant was attempting to collect a debt from Plaintiff through litigation, and was required to register with the Florida Office of Financial Regulation before commencing any legal action against Plaintiff to collect the debt.

16. As of February 7, 2011 when Defendant filed it counterclaim suit, Defendant had not registered with the Florida Office of Financial Regulation as required by the FCCPA, and currently holds no active license that allows it to collect a debt in the state of Florida.

## COUNT I
## FALSE THREAT OF LEGAL ACTION

17. Plaintiff incorporates Paragraphs 1 through 16.

18. Defendant, by filing its counterclaim, threatened to take legal action which could not legally be taken in attempting to collect the alleged debt due to its failure to first register with the Florida Office of Financial Regulation as required by the Florida Consumer Collection Practices Act Section 559.553, in violation of 15 U.S.C §1692e(5).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> donyarbrough@mindspring.com
>
> By: s/ Donald A. Yarbrough

5

Donald A. Yarbrough, Esq.
Florida Bar No. 0158658